# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| United States of America<br>v.<br>ALEX REQUINA ASINO<br><br>_Defendant(s)_ | )<br>)<br>) Case No. 3:19-mj-00535-MMS<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____no later than 11/14/19_____ in the county of _____ in the _____ District of _____ALASKA_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2251(a) and (e) | COUNT ONE: PRODUCTION OF CHILD PORNOGRAPHY |
| 18 U.S.C. Section 2252A(a)(1) | COUNT TWO: DISTRIBUTION OF CHILD PORNOGRAPHY |
| 18 U.S.C. Section 2252A(a)(5) | COUNT THREE: POSSESSION OF CHILD PORNOGRAPHY |
| 18 U.S.C. Section 2422(b) | COUNT FOUR: COERCION AND ENTICEMENT OF A MINOR |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

FBI TFO Det. Leonard Torres
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____11/13/2019_____

_Judge's signature_

City and state: _____ANCHORAGE, ALASKA_____

HON. MATTHEW M. SCOBLE
_Printed name and title_