BRYAN SCHRODER
United States Attorney

ADAM ALEXANDER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: adam.alexander@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>ALEX REQUINA ASINO,<br><br>    Defendant. | No. 3:19-cr-00138-SLG-MMS<br><br>COUNTS 1 - 2:<br>SEX TRAFFICKING OF A MINOR<br> Vio. of 18 U.S.C. §§ 1591(a)(1) and 1594(a)<br><br>COUNT 3 - 4:<br>SEXUAL EXPLOITATION OF A CHILD – PRODUCTION OF CHILD PORNOGRAPHY<br> Vio. of 18 U.S.C. § 2251(a), (e)<br><br>COUNT 5 - 6:<br>SEXUAL EXPLOITATION OF A CHILD – DISTRIBUTION OF CHILD PORNOGRAPHY<br> Vio. of 18 U.S.C. § 2252A(a)(2)(A), (b)(1)<br><br>COUNT 7 - 8:<br>COERCION AND ENTICEMENT OF A MINOR<br> Vio. of 18 U.S.C. §2422(b) |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT 1

Between a date unknown to the Grand Jury, and on or about November 14, 2019, in the District of Alaska, in and affecting interstate commerce, the defendant, ALEX REQUINA ASINO, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit a person, to wit: VICTIM 2, and attempt to do so, knowing that any combination of such means would be used to cause the person to engage in a commercial sex act, and knowing and in reckless disregard that VICTIM 2 had not attained the age of 18 years old.

All of which is in violation of 18 U.S.C. §§ 1591(a)(1) and 1594(a) .

## COUNT 2

Between a date unknown to the Grand Jury, and on or about November 14, 2019, in the District of Alaska, in and affecting interstate commerce, the defendant, ALEX REQUINA ASINO, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit a person, to wit: VICTIM 3, and attempt to do so, knowing that any combination of such means would be used to cause the person to engage in a commercial sex act, and knowing and in reckless disregard that VICTIM 3 had not attained the age of 18 years old.

All of which is in violation of 18 U.S.C. §§ 1591(a)(1) and 1594(a).

## COUNT 3

Between a date unknown to the Grand Jury, and on or about November 14, 2019, in the District of Alaska, the defendant, ALEX REQUINA ASINO, did employ, use, persuade, induce, entice, and coerce a minor, to wit: VICTIM 2, with the intent that such minor engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce; was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and was transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce.

All of which is in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 4

Between a date unknown to the Grand Jury, and on or about November 14, 2019, in the District of Alaska, the defendant, ALEX REQUINA ASINO, did employ, use, persuade, induce, entice, and coerce a minor, to wit: VICTIM 3, with the intent that such minor engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce; was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and

was transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce.

All of which is in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 5

Between a date unknown to the Grand Jury, and on or about November 14, 2019, in the District of Alaska, the defendant, ALEX REQUINA ASINO, did knowingly distribute any child pornography, as defined at 18 U.S.C. § 2256(8)(A), depicting VICTIM 2, using any means and facility of interstate and foreign commerce, and that has been mailed, and has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All of which is in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

## COUNT 6

Between a date unknown to the Grand Jury, and on or about November 14, 2019, in the District of Alaska, the defendant, ALEX REQUINA ASINO, did knowingly distribute any child pornography, as defined at 18 U.S.C. § 2256(8)(A), depicting VICTIM 3, using any means and facility of interstate and foreign commerce and that has been mailed, and has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All of which is in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

## COUNT 7

Between a date unknown to the Grand Jury, and on or about November 14, 2019, within in the District of Alaska and elsewhere, the defendant, ALEX REQUINA ASINO, using the mail and any means and facility of interstate and foreign commerce, did knowingly induce, entice, and coerce VICTIM 2, an individual who he knew had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, to wit: Sexual Abuse of a Minor in the Second Degree, in violation of Alaska Statute 11.41.436(a); Production of Child Pornography, in violation of 18 U.S.C. § 2251(a); and Sex Trafficking of Children, in violation of 18 U.S.C. § 1591.

All of which is in violation of 18 U.S.C. § 2422(b).

## COUNT 8

Between a date unknown to the Grand Jury, and on or about November 14, 2019, within in the District of Alaska and elsewhere, the defendant, ALEX REQUINA ASINO, using the mail and any means and facility of interstate and foreign commerce, did knowingly induce, entice, and coerce VICTIM 3, an individual who he knew had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, to wit: Sexual Abuse of a Minor in the Second Degree, in violation of Alaska Statute 11.41.436(a); Production of Child Pornography, in violation of 18 U.S.C. § 2251(a); Sex Trafficking of Children, in violation of 18 U.S.C. § 1591.

All of which is in violation of 18 U.S.C. § 2422(b).

A TRUE BILL.

                                                 s/ Grand Jury Foreperson
                                                 GRAND JURY FOREPERSON

s/ Adam Alexander
ADAM ALEXANDER
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE:   11-20-19